IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES R. MITCHELL, JR., | ) |
| Plaintiff, | ) |
| v. | ) 3:09-00480 |
| | ) JUDGE HAYNES |
| BRIDGESTONE AMERICAS HOLDING, INC., et al., | ) |
| Defendants. | ) |

## ORDER

Based upon Plaintiff's failure to appear at the July 31, 2009 hearing, this action is **DISMISSED** without prejudice for Plaintiff's failure to prosecute.

It is so **ORDERED**.

**ENTERED** this the 11th day of August, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge